JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

NARENDER LNU,

               Petitioner,

               v.

FERETI SEMAIA, et al,

               Respondents.

Case No. 5:26-cv-02329-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition (Docket No. 12),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (Docket No. 1), is granted.  Respondents report that Petitioner has been released from custody.  (Docket No. 16).  The Court therefore directs the Clerk to close this case.

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 3, 2026

_____

DAVID T. BRISTOW
United States Magistrate Judge

1